JOHN SUGDEN et al., Respondents, *v.* MAGNOLIA METAL COMPANY, Appellant.

*Sugden* v. *Magnolia Metal Co.,* 58 App. Div. 236, affirmed.
(Argued June 19, 1902; decided June 27, 1902.)

APPEAL from a judgment entered March 14, 1901, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon the report of a referee.

*Alexander S. Bacon* for appellant.

*Cephas Brainerd* and *L. A. Gould* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and CULLEN, JJ. Not voting: MARTIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE DARROW, Appellant.

*People* v. *Darrow,* 69 App. Div. 615, affirmed.
(Submitted June 19, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1902, which affirmed a judgment of the Court of General Sessions of the county of New York convicting the defendant of the crime of attempted grand larceny in the first degree.

*Maurice Meyer* for appellant.

*William Travers Jerome,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.